# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**147**
**CA 15-01550**
PRESENT: CENTRA, J.P., PERADOTTO, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

JOSHUA P. BOULTER, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

RACHELLE R. BOULTER, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR DEFENDANT-APPELLANT.

JANE G. LAROCK, WATERTOWN, FOR PLAINTIFF-RESPONDENT.

KIMBERLY A. WOOD, ATTORNEY FOR THE CHILD, WATERTOWN.

----------------------------------------------------------------------------------------------------

Appeal from a decision of the Supreme Court, Jefferson County (James P. McClusky, J.), entered December 1, 2014. The decision, among other things, determined that it would be in the best interests of the subject child to relocate to Japan with plaintiff.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967).

Entered: February 10, 2017                          Frances E. Cafarell
                                                    Clerk of the Court